*In re* **Shook,** Douglas Lowell (MR 17252)
Irvington, Illinois

Order of the Court:

The motion by Douglas Lowell Shook to strike his name from the roll of

attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.